# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                                              PLAINTIFF

v.                                           NO. 4:12-cr-00012-JM-1

DAVID CHRISTOPHER YOUNGBLOOD                                                                    DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Thursday, December 9, 2021, for a scheduled sentencing hearing on the government's superseding motion to revoke the supervised release of defendant David Youngblood. Assistant United States Attorney Stephanie Mazzanti was present for the government. The defendant appeared in person with his attorney, Jordan Tinsley.

The Court granted the superseding motion to revoke at the defendant's first revocation hearing held on May 5, 2021. Doc. No. 47. The Court took sentencing under advisement to give the defendant an opportunity to comply with his conditions of supervision. Since the hearing, the defendant has performed reasonably well.

IT IS THEREFORE ORDERED that the defendant's David Youngblood's term of supervised release be extended for a period of six (6) months, with an expiration date of June 9, 2022. The defendant's conditions of supervised release are hereby modified as follows:

- The defendant shall continue with individual therapy at Mountain Home Veterans Outpatient Clinic to address his depressive and anxiety symptoms. The prior condition that he participate in a residential PTSD treatment is therefore set aside.

- The defendant shall have no contact with Tiffany Youngblood unless they are required to communicate. If communication is necessary, it shall be in writing, be preapproved by his supervising officer, or pursuant to an approved supervision order from a domestic relations Judge.

All conditions of supervised release remain in full force and effect as previously imposed. In the event there are any further violations, that will result in a motion to revoke being filed and a subsequent revocation hearing being scheduled.

IT IS SO ORDERED this 10th day of December 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE